**6**

Bob TATE v. STATE. (No. 10851.) Court of Criminal Appeals of Texas. April 13, 1927. Appeal from District Court, Red River County; R. J. Williams, Judge. T. T. Thompson, of

Clarksville, for appellant. Sam D. Stinson, State's Atty., and Robt. M. Lyles, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Conviction for unlawfully transporting intoxicating liquor; punishment, one year in the penitentiary. The record contains neither statement of facts nor bills of exception. The charge of the court seems to follow the offense as laid in the indictment, and both are in conformity with the law. Appellant asked a special charge which was given. The jury assessed the lowest penalty. Finding no error in the record, the judgment will be affirmed.